IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JEROME COAST, JR,** | : | |
| Petitioner, | : | |
| VS. | : | CIVIL NO. 5:23-CV-429-MTT-CHW |
| **STATE OF GEORGIA,** *et al.*, | : | |
| Respondents. | : | |

# ORDER

*Pro se* Petitioner Jerome Coast, Jr., an inmate currently confined in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, has filed a document that has been construed as a petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner also filed a motion for leave to proceed *in forma pauperis* (ECF No. 2). The Court has reviewed this motion and finds it is incomplete. A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Petitioner has not filed this required information, and therefore the Court does not have sufficient information to determine whether Petitioner is entitled to proceed without prepayment of the filing fee. Petitioner is thus **ORDERED** to either pay the Court's $5.00 filing fee in full or provide the Court with this information within **FOURTEEN (14) DAY**S of the date of this Order. The Clerk is

**DIRECTED** to send Petitioner the appropriate forms, marked with the case number for the above-captioned case, that he should use for this purpose.

Petitioner must also recast his petition using the Court's standard § 2254 form and submit it with the filing fee or his motion to proceed *in forma pauperis* within **FOURTEEN (14) DAYS** of the date shown on this Order.  The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action.  Petitioner is additionally instructed to notify the Court in writing of any change in his mailing address.  **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.**  There will be no service of process in this case until further order.

**SO ORDERED**, this 20th day of November, 2023.

                                           s/ Charles H. Weigle
                                           Charles H. Weigle
                                           United States Magistrate Judge